**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01340-STV

KEVIN POSADA SOMOZA,

     Petitioner,

v.

JUAN BALTASAR;
ROBERT HAGAN;
MARKWAYNE MULLIN;
PAMELA BONDI; and
TODD LYONS,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by United States Magistrate Judge Scott T. Varholak on April 15, 2026, it is

ORDERED that Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [#1] is GRANTED IN PART. It is further

ORDERED that Respondents shall provide Petitioner with a bond hearing in which the Government bears the burden of proof by clear and convincing evidence under 8 U.S.C. § 1226(a) within SEVEN DAYS of the date of this Court's Order. It is further

ORDERED that Respondents shall file a status report within TEN DAYS of the date of the Court's order to certify compliance. The status report shall include if and when the bond hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for the denial. It is further

ORDERED that pursuant to the All Writs Act, 28 U.S.C. § 1651(a), and to preserve the Court's jurisdiction, Respondents SHALL NOT REMOVE Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order.

DATED at Denver, Colorado, this 15th day of April, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By: s/ Robert R. Keech,
     Robert R. Keech,
     Deputy Clerk

2