IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

Civil Action: 26-cv-01340-STV                    Date: July 7, 2026
Courtroom Deputy: Sonia Chaplin                  FTR – Courtroom A402

| | |
|---|---|
| *Parties:* | *Counsel:* |
| KEVIN POSADA SOMOZA, | Andrew Walker |
| Petitioner, | |
| v. | |
| JUAN BALTASAR; *et al,* | Nicholas Albert Deuschle |
| Respondents, | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session: 2:38 p.m.**

Court calls case. Appearances of counsel.

This matter is before the Court on Petitioner's [ECF Doc. No 16] Motion to Reopen and Enforce (the "Motion").

Arguments by counsel.

**Court in recess: 2:57 p.m.**
**Court in session: 3:09 p.m.**

For the reasons stated on the record, it is:

**ORDERED:**  Petitioner's [16] Motion is **GRANTED in part**. Respondent shall conduct a hearing that complies with the [ECF Doc. No 11] Order. The hearing shall be conducted before a different Immigration Judge.

HEARING CONCLUDED.

**Court in recess: 3:24 p.m.**

Total time in court: 00:34

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 815-0487, scheduling@pattersontranscription.com; or AB Litigation Services at (303) 629-8534.*